[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-11638
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 4, 2011
JOHN LEY
CLERK

D.C. Docket No. 8:10-cr-00273-JSM-TBM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL WOODS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(November 4, 2011)

Before HULL, PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Michael Woods appeals his sentence of 24 months of imprisonment for

violating the conditions of his supervised release. 18 U.S.C. § 3583(e)(3). Woods

argues that the district court erred by denying him an opportunity to allocute before the pronouncement of his sentence, and the government concedes that the error requires reversal.  <u>See</u> Fed. R. Crim. P. 32.1(b)(2)(E); <u>United States v. Carruth</u>, 528 F.3d 845, 846 (11th Cir. 2008).  Because we vacate Woods's sentence on this ground, we need not address his additional argument that his sentence is procedurally unreasonable.  We vacate Woods's sentence and remand for resentencing.

**VACATED AND REMANDED.**